| | |
|---|---|
| 1 | DANIEL J. BRODERICK, #89424 |
| | Federal Defender |
| 2 | FRANCINE ZEPEDA, CA Bar #091775 |
| | Assistant Federal Defenders |
| 3 | Designated Counsel for Service |
| | 2300 Tulare Street, Suite 330 |
| 4 | Fresno, California 93721-2226 |
| | Telephone: (559) 487-5561 |
| 5 | |
| | Attorney for Defendant |
| 6 | NENG YANG |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) NO. 1:12-cr-00037 AWI-DLB |
|---|---|
| Plaintiff, | ) STIPULATION TO CONTINUE MOTIONS |
| | ) SCHEDULE AND HEARING; ORDER |
| v. | ) |
| | ) Date: July 30, 2012 |
| NENG YANG, | ) Time: 1:30 PM |
| | ) Judge: Hon. Anthony W. Ishii |
| Defendant. | ) |

**IT IS HEREBY STIPULATED** by and between the parties hereto, and through their respective attorneys of record herein, that the motions hearing now set for June 25, 2012, **may be continued to July 30, 2012 at 1:30 P.M.**, and that a new motions schedule be set as follows:

| Event: | Present Date: | Requested New Date: |
|---|---|---|
| Motions Due | April 27, 2012 | June 22, 2012 |
| Responses Due | May 18, 2012 | July 13, 2012 |
| Hearing | June 25, 2012 - 1:30 P.M. | July 30, 2012 - 1:30 P.M. |

Counsel for defendant Yang needs additional time to file a motion to suppress. She will be out of the office starting May 28, returning June 11, 2012.

/ / /

/ / /

///

| | | |
|---|---|---|
| 1 | The parties agree that the delay resulting from the continuance shall be excluded because the ends | |
| 2 | of justice served by continuing this case outweigh the best interests of the public and the defendant in a | |
| 3 | speedy trial in that additional time is necessary for effective defense preparation. 18 U.S.C. §§ | |
| 4 | 3161(h)(7)(A) and 3161(h)(7)(B)(iv). | |

BENJAMIN B. WAGNER
United States Attorney

DATED: May 23, 2012   By: /s/ Brian Enos
                         BRIAN ENOS
                         Assistant United States Attorney
                         Attorney for Plaintiff


DANIEL J. BRODERICK
Federal Public Defender

DATED: May 23, 2012   By: /s/ Francine Zepeda
                         FRANCINE ZEPEDA
                         Assistant Federal Defender
                         Attorneys for Defendant
                         Neng Yang

## **O R D E R**

**IT IS SO ORDERED.** For the reasons set forth above, the continuance requested is granted for good cause and the Court finds the interest of justice outweighs the interests of the public and the defendant in a speedy trial.

IT IS SO ORDERED.

Dated: May 24, 2012

_____
CHIEF UNITED STATES DISTRICT JUDGE