| | |
|---|---|
| 1 | DANIEL J. BRODERICK, #89424 |
|   | Federal Defender |
| 2 | FRANCINE ZEPEDA, CA Bar #091775 |
|   | Assistant Federal Defenders |
| 3 | Designated Counsel for Service |
|   | 2300 Tulare Street, Suite 330 |
| 4 | Fresno, California 93721-2226 |
|   | Telephone: (559) 487-5561 |
| 5 | |
|   | Attorney for Defendant |
| 6 | NENG YANG |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) NO. 1:12-cr-00037 AWI-DLB |
|---|---|
| Plaintiff, | ) STIPULATION TO CONTINUE MOTIONS |
| | ) SCHEDULE AND HEARING; ORDER |
| v. | ) |
| | ) Date: September 17, 2012 |
| NENG YANG, | ) Time: 10:00 AM |
| | ) Judge: Hon. Anthony W. Ishii |
| Defendant. | ) |

**IT IS HEREBY STIPULATED** by and between the parties hereto, and through their respective attorneys of record herein, that the motions hearing now set for July 30, 2012, **may be continued to September 17, 2012 at 10:00 A.M.**, and that a new motions schedule be set as follows:

| **Event:** | **Present Date:** | **Requested New Date:** |
|---|---|---|
| Motions Due | June 22, 2012 | August 8, 2012 |
| Responses Due | July 13, 2012 | September 4, 2012 |
| Hearing | July 30, 2012 - 10:00 A.M. | September 17, 2012 - 10:00 A.M. |

Counsel for defendant Yang needs additional time to file a motion to suppress.

/ / /

/ / /

/ / /

/ / /

The parties agree that the delay resulting from the continuance shall be excluded because the ends of justice served by continuing this case outweigh the best interests of the public and the defendant in a speedy trial in that additional time is necessary for effective defense preparation. 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(iv).

                                                BENJAMIN B. WAGNER
                                                United States Attorney

DATED: July 26, 2012                           By:  /s/ Brian Enos
                                                              BRIAN ENOS
                                                              Assistant United States Attorney
                                                              Attorney for Plaintiff

                                                DANIEL J. BRODERICK
                                                Federal Public Defender

DATED: July 26, 2012                           By:  /s/ *Francine Zepeda*
                                                                FRANCINE ZEPEDA
                                                              Assistant Federal Defender
                                                              Attorneys for Defendant
                                                              Neng Yang

## **O R D E R**

**IT IS SO ORDERED.** For the reasons set forth above, the continuance requested is granted for good cause and the Court finds the interest of justice outweighs the interests of the public and the defendant in a speedy trial.

IT IS SO ORDERED.

Dated:  July 26, 2012

                                                       CHIEF UNITED STATES DISTRICT JUDGE