1  JOSEPH SCHLESINGER, Bar #87692
   Acting Federal Defender
2  FRANCINE ZEPEDA, CA Bar #091775
   Assistant Federal Defenders
3  Designated Counsel for Service
   2300 Tulare Street, Suite 330
4  Fresno, California  93721-2226
   Telephone: (559) 487-5561
5
   Attorney for Defendant
6  NENG YANG

7

8               IN THE UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,        )   NO. 1:12-cr-00037 AWI-BAM
                                    )
12         Plaintiff,                )   **STIPULATION TO CONTINUE STATUS**
                                    )   **CONFERENCE HEARING;**
13     v.                            )    **ORDER**
                                    )
14 NENG YANG,                        )   Date: April 8, 2013
                                    )   Time: 10:00 A.M.
15         Defendant.                )   Judge: Hon. Anthony W. Ishii
                                    )
16 _____)

17

18      **IT IS HEREBY STIPULATED** by and between the parties hereto, and through their respective

19 attorneys of record herein, that the status conference hearing now set for February 4, 2013, **may be**

20 **continued to April 8, 2013 at 10:00 A.M.**, before The Hon. Anthony W. Ishii.

21      This request for continuance is made by Counsel for defendant Yang to allow the parties additional

22 time for plea negotiation prior to hearing.  The requested continuance will conserve time and resources for

23 both counsel and the court.  Assistant United States Attorney Brian W. Enos has no objection to this

24 request.

25      The parties agree that the delay resulting from the continuance shall be excluded because the ends

26 of justice served by continuing this case outweigh the best interests of the public and the defendant in a

27 ///

28 ///

speedy trial in that additional time is necessary for effective defense preparation. 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(iv).

BENJAMIN B. WAGNER
United States Attorney

DATED: January 30, 2013     By: /s/ Brian W. Enos
BRIAN W. ENOS
Assistant United States Attorney
Attorney for Plaintiff

JOSEPH SCHLESINGER
Acting Federal Defender

DATED: January 30, 2013     By: /s/ *Francine Zepeda*
FRANCINE ZEPEDA
Assistant Federal Defender
Attorneys for Defendant
Neng Yang

## O R D E R

**IT IS SO ORDERED.** For the reasons set forth above, the continuance requested is granted for good cause and the Court finds the interest of justice outweighs the interests of the public and the defendant in a speedy trial.

IT IS SO ORDERED.

Dated: January 30, 2013

SENIOR DISTRICT JUDGE