JOSEPH SCHLESINGER, Bar #87692
Acting Federal Defender
FRANCINE ZEPEDA, CA Bar #091775
Assistant Federal Defenders
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
NENG YANG

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) NO. 1:12-cr-00037 AWI-BAM |
|---|---|
| Plaintiff, | ) **STIPULATION TO CONTINUE STATUS** |
| | ) **CONFERENCE/CHANGE OF PLEA** |
| v. | ) **HEARING; ORDER** |
| NENG YANG, | ) Date: July 8, 2013 |
| | ) Time: 10:00 A.M. |
| Defendant. | ) Judge: Hon. Anthony W. Ishii |

**IT IS HEREBY STIPULATED** by and between the parties hereto, and through their respective attorneys of record herein, that the status conference hearing now set for June 3, 2013, **may be continued to July 8, 2013 at 10:00 A.M.**, before The Hon. Anthony W. Ishii.

This request for continuance is made by Counsel for defendant Yang to allow additional time to further review and discuss government's plea offer. The requested continuance will conserve time and resources for both counsel and the court. Assistant United States Attorney Brian W. Enos has no objection to this request.

The parties agree that the delay resulting from the continuance shall be excluded because the ends of justice served by continuing this case outweigh the best interests of the public and the defendant in a

///

///

speedy trial in that additional time is necessary for effective defense preparation.  18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(iv).

                      BENJAMIN B. WAGNER
                      United States Attorney

DATED:  May 29, 2013          By:  /s/  Brian W. Enos
                      BRIAN W. ENOS
                      Assistant United States Attorney
                      Attorney for Plaintiff

                      HEATHER E. WILLIAMS
                      Federal Defender

DATED: May 29, 2013          By:  /s/ *Francine Zepeda*
                      FRANCINE ZEPEDA
                      Assistant Federal Defender
                      Attorneys for Defendant
                      Neng Yang

## O R D E R

**IT IS SO ORDERED.** For the reasons set forth above, the continuance requested is granted for good cause and the Court finds the interest of justice outweighs the interests of the public and the defendant in a speedy trial.

IT IS SO ORDERED.

Dated:  May 29, 2013

                      SENIOR  DISTRICT  JUDGE