1  HEATHER E. WILLIAMS, Bar #122664
   Federal Defender
2  CHARLES J. LEE, CA Bar #221057
   Assistant Federal Defender
3  Designated Counsel for Service
   2300 Tulare Street, Suite 330
4  Fresno, California  93721-2226
   Telephone: (559) 487-5561
5
   Attorney for Defendant
6  NENG YANG

7

8               IN THE UNITED STATES DISTRICT COURT

9             FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,          )   NO. 1:12-cr-00037 AWI-BAM
                                      )
12            *Plaintiff,*            )   **STIPULATION TO CONTINUE STATUS ;**
                                      )   **ORDER**
13      v.                            )
                                      )   Date:  November 12, 2013
14 NENG YANG,                         )   Time:  10:00 A.M.
                                      )   Judge: Hon. Anthony W. Ishii
15            *Defendant*.            )
                                      )
16 _____   )

17

18          **IT IS HEREBY STIPULATED** by and between the parties hereto, and through their respective

19 attorneys of record herein, that the status conference hearing now set for September 23, 2013, **may be**

20 **continued to November 12, 2013 at 10:00 A.M.**, before Hon. Anthony W. Ishii.

21          The reason for this continuance is that the parties are close to resolving the federal case. There

22 have been substantive discussions on Mr. Yang's state case as well. The parties believe the federal matter

23 will resolve as soon as the state case does and requests the additional time for that to happen. The

24 requested continuance will conserve time and resources for both counsel and the court.  Assistant United

25 States Attorney Brian W. Enos has no objection to this request.

26          The parties agree that the delay resulting from the continuance shall be excluded because the ends

27 of justice served by continuing this case outweigh the best interests of the public and the defendant in a

28 ///

speedy trial in that additional time is necessary for effective defense preparation.  18 U.S.C. §§

3161(h)(7)(A) and 3161(h)(7)(B)(iv).

Respectfully submitted,

BENJAMIN B. WAGNER
United States Attorney

DATED:  September 19, 2013                    By:  /s/  *Brian W. Enos*
                                              BRIAN W. ENOS
                                              Assistant United States Attorney
                                              Attorney for Plaintiff


HEATHER E. WILLIAMS
Federal Defender

DATED: September 19, 2013                    By:  /s/  *Charles J. Lee*
                                              CHARLES J. LEE
                                              Assistant Federal Defender
                                              Attorneys for Defendant
                                              Neng Yang


## O R D E R


**IT IS SO ORDERED.** For the reasons set forth above, the continuance requested is granted for

good cause and the Court finds the interest of justice outweighs the interests of the public and the

defendant in a speedy trial.

IT IS SO ORDERED.

Dated:    September 19, 2013          _____

                                     SENIOR  DISTRICT  JUDGE